UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE VERNON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITIAN LIFE INSURANCE COMPANY; KAITLYN CRAWFORD; BRENDA KOLOGY; JON AND JANE DOES 1-5,<br><br>Defendants. | No. 2:23-cv-01829 DJC AC PS<br><br><br><br>ORDER |

Plaintiff a state prisoner proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 23, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 40. Plaintiff has filed objections to the findings and recommendations. ECF No. 41.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed August 23, 2024, are adopted in full; and

2. The motion to dismiss (ECF No. 36) is GRANTED and this case is DISMISSED in its entirety without further leave to amend.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 20, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE