UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE VERNON, Jr., | No. 2:23-cv-01829-DJC-AC |
| Plaintiff - Appellant, | |
| v. | ORDER |
| METROPOLITAN LIFE INSURANCE COMPANY, et. al., | |
| Defendants – Appellants. | |

Plaintiff, a state prisoner proceeding in forma pauperis, filed a complaint in diversity jurisdiction on August 25, 2023. (ECF Nos. 1,9.) Defendants moved to dismiss. (ECF Nos. 18, 24.) On April 29, 2024, the Magistrate Judge issued Findings and Recommendations recommending that this action be dismissed with leave to amend because all of Plaintiff's claims were preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. Sections 1001 et. seq. (ECF No. 28.) The Findings and Recommendations were adopted by this Court. (ECF No. 33.)

The Plaintiff filed a Second Amended Complaint on June 24, 2024. (ECF No. 34.) Defendants again moved to dismiss. (ECF No. 36.) The Magistrate Court issued Findings and Recommendations recommending that this action be

dismissed without leave to amend because the defects in the complaint could not be cured. (*See* ECF No. 40.) This Court adopted the Findings and Recommendations, and the action was dismissed without leave to amend.[1] (ECF No. 41.) Judgement was subsequently entered on December 20, 2024. (ECF No. 44.)

On January 2, 2025, Plaintiff filed a Notice of Appeal. (ECF No. 45.) The Ninth Circuit Court of Appeals referred this matter back to this Court on January 8, 2025, for the limited purpose of determining whether in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith. (ECF No. 48.)

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a)(3). After review of the record herein, the Court finds that Plaintiff's appeal is frivolous and not taken in good faith.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's in forma pauperis status is revoked. *See* Fed. R. App. P. 24(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where there district court finds the appeal to be frivolous).

Dated: January 22, 2025

*[signature]*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed Objections to the Findings and Recommendations (ECF No. 41) which were fully considered by the Court in making its decision to adopt the Findings and Recommendations and dismiss this action (*see* ECF No. 43).